# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608



William T. Walsh
Clerk

REPLY TO:   Camden

December 15, 2022

U.S.D.C
District of Columbia
United States Courthouse
333 Constitution Avenue N.W.
Washington D.C. 20001
Room 1225

    **Re: U.S.A. -v- Peter Krill Jr.**
    **Our Docket No. 22-mj-4081(MJS)**
    **Your Docket No. 22-mj-0275**

Dear Clerk:

    Please be advised that an Initial Appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

        Sincerely,

        WILLIAM T. WALSH, Clerk

        By:   s/Ryan Sanders
            Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

DNJ-Crim-004(Rev. 09/06)

## Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:    Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court=s PACER Login and Password

4. On the CM/ECF toolbar, choose:

    - Reports
    - Docket Sheet
    - Enter Case Number in the following format: **[06mj1234]**
    - Run Report

        < To view a document from the docket sheet, click on the blue Aunderlined@ document number;

        < To download, click on File, Save a Copy and save to your specific directory;

        < If the document does not have an underlined document number, it is either:

            - A text only entry and no document is attached, or
            - An entry made prior to electronic case filing and the original is enclosed, or
            - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

    < Camden - 866-726-0726 or 856-757-5285
    < Newark - 866-208-1405 or 973-645-5924
    < Trenton - 866-848-6059 or 609-989-2004